**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(JOHNSTOWN DIVISION)**

| | |
|---|---|
| ANGEL NATANAEL MONTEJO RAMOS,<br><br>Petitioner,<br><br>vs.<br><br>TODD M. LYONS et al.,<br><br>Respondents. | CIVIL ACTION 3:25-cv-00580-RAL<br><br>CHIEF MAGISTRATE JUDGE LANZILLO |

**ORDER**

AND NOW, this 17th day of November, 2026, upon consideration of the foregoing Motion to Discontinue Petition for Writ of Habeas Corpus Without Prejudice Pursuant to Rule 41 filed by Petitioner, Angel Natanael Montejo Ramos, it is hereby ORDERED that said Motion is GRANTED. The Petition for Writ of Habeas Corpus filed in this action is DISCONTINUED WITHOUT PREJUDICE.

BY THE COURT:

/S/ Stephanie L. Haines J.